UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**OMAR WOODS,**
                                **Plaintiff,**

-against-                                                                                           **9:05-CV-787**

**DR. KEISER, DR. MINNOW,**
                                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

       Plaintiff commenced this civil rights action *pro se* on June 23, 2005. On June 28, 2005, the Court granted Plaintiff's *in forma pauperis* application and ordered the Clerk to issue summonses and forward them, along with copies of the complaint, to the United States Marshal for service upon the named defendants. See 6/28/05 Order.  On September 29, 2005, the Clerk sent a notice to plaintiff informing him that his USM 285 forms, which are necessary for service by the United States Marshal,  were not complete. See dkt. # 5.  There is no indication in the record that Plaintiff completed his USM 285 forms or that service has been accomplished.

       On October 30, 2006, the Court issued a "Notice of Dismissal" advising Plaintiff that the action would be dismissed for failure to prosecute if he did not submit, on or before December 1, 2006, a written statement showing good cause why the action should not be dismissed. See 10/30/06 Notice of Dismissal, dkt. # 8 .  Plaintiff has not responded.  Therefore, it is hereby

       **ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to diligently prosecute the matter.

**IT IS SO ORDERED**

DATED: December 11, 2006

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge